NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AKYLIE DAVIS,                                )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No. 2D19-4209
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
_____)

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.

            Affirmed.  See § 775.084(4)(a), Fla. Stat. (2002); Martinez v. State, 211

So. 3d 989 (Fla. 2017); State v. Matthews, 891 So. 2d 479 (Fla. 2004); Gudinas v.

State, 879 So. 2d 616 (Fla. 2004); State v. Whitehead, 472 So. 2d 730 (Fla. 1985);

Calloway v. State, 914 So. 2d 12 (Fla. 2d DCA 2005); Tillman v. State, 900 So. 2d 633

(Fla. 2d DCA 2005); Davis v. State, 884 So. 2d 1058 (Fla. 2d DCA 2004); Simms v.

State, 949 So. 2d 373 (Fla. 4th DCA 2007); Cooper v. State, 902 So. 2d 945 (Fla. 4th

DCA 2005).


KELLY, ATKINSON, and SMITH, JJ., Concur.